UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE LAMP and PATRICIA LAMP, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED COLLECTION SERVICE, LLC., d/b/a ALLIED COLLECTION SERVICE, and JOHN DOE, <br><br> Defendants. | Case No. 1:16-cv-00897-PJG <br><br> Magistrate Judge Phillip J. Green |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above entitled cause of action is dismissed in its entirety as to all Defendants, with prejudice and without costs or fees to any party.

The Court retains jurisdiction only for the purposes of enforcing the settlement in this matter. This Order resolves all pending claims and closes the case.


Dated: December 27, 2016            /s/ Phillip J. Green
                                    United States Magistrate Judge

The undersigned approve and stipulate to entry of the foregoing Order:

*/s/ Rex C. Anderson*                          /s/ Charity A. Olson w/ consent
Rex C. Anderson (P47068)                       Charity A. Olson (P68295)
Attorney for Plaintiff                         Attorney for Defendant
Rex Anderson, P.C.                             2723 S. State St., Ste. 150
9459 Lapeer Rd., Ste 101                       Ann Arbor, MI 48104
Davison, MI 48423                              (734) 222-5179

810-653-3300
mied@rexandersonpc.com

colson@olsonlawpc.com